UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23728-CIV-ALTONAGA/O'Sullivan

**DAVID PEREZ**,

    Plaintiff,

v.

**F.B.W. GROUP, INC.**, *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58 and the Order [ECF No. 33], entered separately on this date, granting Plaintiff, David Perez's Motion for Entry of Final Judgment . . . ("Motion") [ECF No. 32], it is

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff, David Perez, and against Garnishee, Bank of America, N.A., in the amount of $3,865.52, for which let execution issue. Plaintiff's garnishment costs in the amount of $100.00 are taxed in favor of the Plaintiff and against the Defendants, F.B.W. Group, Inc. and Freddy Boza, individually.

**DONE AND ORDERED** in Miami, Florida, this 27th day of January, 2017.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record